```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                       Case No. 19-00490-RNO
Mark Joseph Weiss                                            Chapter 13
Jessica Marie Bolton
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar               Page 1 of 2              Date Rcvd: Mar 28, 2019
                              Form ID: ntcnfhrg           Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
```
db/jdb         Mark Joseph Weiss,   Jessica Marie Bolton,   135 Railroad St,   Glen Lyon, PA 18617-1012
5169467        American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern PA 19355-0701
5158651        Amex,   PO Box 981537,   El Paso, TX 79998-1537
5158649        Bolton Jessica Marie,   135 Railroad St,   Glen Lyon, PA 18617-1012
5173906       +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
5158653        Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
5158654        Citicards Cbna,   PO Box 6241,   Sioux Falls, SD 57117-6241
5165617       +Citizens Bank N.A.,   One Citizens Bank Way,   Mailstop: JCA115,   Johnston, RI 02919-1922
5158655        Citizens Bank NA,   480 Jefferson Blvd,   Warwick, RI 02886-1359
5158661        Ekg Associates,   575 N River St,   Wilkes Barre, PA 18702-2634
5158662        Fred Meyer-fox/cbna,   PO Box 6497,   Sioux Falls, SD 57117-6497
5158650        Law Offices of Jason P Provinzano LLC,   16 W Northampton St,   Wilkes Barre, PA 18701-1708
5173986      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   dba Mr. Cooper,   P.O. Box 619096,
                Dalla, TX 75261-9741)
5158664        Nanticoke Community Ambulance,   901 S Hanover St,   Nanticoke, PA 18634-3107
5158666        Nationstar/mr Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
5158668        Radiology Assoc of Wyoming Vly,   575 N River St,   Wilkes Barre, PA 18702-2634
5158648        Weiss Mark Joseph,   135 Railroad St,   Glen Lyon, PA 18617-1012
5158676        World Class Boxing,   239 Schuyler Ave,   Kingston, PA 18704-3336
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5158652        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2019 19:18:09
                Capital One Bank USA N,   15000 Capital One Dr,   Richmond, VA 23238-1119
5158656        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2019 19:12:27     Comenitybank/victoria,
                PO Box 182789,   Columbus, OH 43218-2789
5158657        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2019 19:12:27     Comenitycb/dntfirst,
                PO Box 182120,   Columbus, OH 43218-2120
5158658        E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 28 2019 19:12:41
                Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
5158659        E-mail/PDF: creditonebknotifications@resurgent.com Mar 28 2019 19:18:01     Credit One Bank NA,
                PO Box 98872,   Las Vegas, NV 89193-8872
5160348        E-mail/Text: mrdiscen@discover.com Mar 28 2019 19:12:15     Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
5158660        E-mail/Text: mrdiscen@discover.com Mar 28 2019 19:12:15     Discover Fin Svcs LLC,
                PO Box 15316,   Wilmington, DE 19850-5316
5158663        E-mail/Text: camanagement@mtb.com Mar 28 2019 19:12:26     M & T Bank,   1 Fountain Plz Fl 4,
                Buffalo, NY 14203-1420
5158665        E-mail/Text: Bankruptcies@nragroup.com Mar 28 2019 19:12:57     National Recovery Agen,
                2491 Paxton St,   Harrisburg, PA 17111-1036
5158954       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2019 19:17:50
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5158672        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 19:18:09     Syncb/Mattress Warehou,   C/o,
                PO Box 965036,   Orlando, FL 32896-5036
5158674        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 19:17:58     Syncb/Sams Club,   PO Box 965005,
                Orlando, FL 32896-5005
5158675        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 19:18:09     Syncb/Walmart,   PO Box 965024,
                Orlando, FL 32896-5024
5158669        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 19:17:58     Syncb/jcp,   PO Box 965007,
                Orlando, FL 32896-5007
5158670        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 19:17:58     Syncb/litt,   PO Box 965036,
                Orlando, FL 32896-5036
5158671        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 19:18:09     Syncb/lowes,   PO Box 956005,
                Orlando, FL 32801
5158673        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 19:18:09     Syncb/paypal Extras Mc,
                PO Box 965005,   Orlando, FL 32896-5005
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5158667      ##Newport Township EMS,   1002 Center St,   Nanticoke, PA 18634-1904
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 2 Jessica Marie Bolton MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 1 Mark Joseph Weiss MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Mark Joseph Weiss,<br>aka Mark J. Weiss, aka Mark Weiss, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−00490−RNO |
| Jessica Marie Bolton,<br>aka Jessica Bolton, aka Jessica M. Bolton, | | |
| **Debtor 2** | | |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **April 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 7, 2019<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 28, 2019 |

ntcnfhrg (03/18)