| #10119 - Jessica Marie Bolton | | | | Voucher #(9213) | | Pay Date: 11/19/2021 | | |
| 1600 Plymout | | | | Type: Regular | | Pay Period: 10/31/2021-11/13/2021 | | |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| ARP | | | 7.50 | | 100.73 |
| Activ | | | 2.00 | | 28.80 |
| Float | | | 8.00 | | 107.44 |
| GTL | | | | 0.42 | 7.11 |
| Hol | 14.40 | 8.00 | 66.00 | 115.20 | 909.56 |
| PTO | | | 112.00 | | 1,513.86 |
| Prof | | | | | 543.65 |
| Reg | 14.40 | 63.75 | 1328.75 | 918.00 | 18,275.92 |
| Retr | | | | | 0.83 |
| Sick | | | 72.00 | | 966.40 |
| Trav | 14.40 | 0.50 | 1.50 | 7.20 | 21.60 |
| Wea | | | 7.50 | | 100.73 |
| **Gross Pay** | | | | **1,040.82** | **22,576.63** |
| Hours Paid | | 72.25 | 1605.25 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 31.21 | 677.09 [1] |
| PreDental | 15.95 | 366.85 [2] |
| PreVision | 5.68 | 130.64 [2] |
| VolLife | 2.08 | 47.84 |
| VolSpLife | 0.75 | 17.25 |
| **Total** | **55.67** | **1,239.67** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 987.98 | 21,402.05 | 92.67 | 1,952.76 |
| FICA | 1,019.19 | 22,079.14 | 63.19 | 1,368.92 |
| MEDI | 1,019.19 | 22,079.14 | 14.78 | 320.15 |
| SIT:PA | 1,019.19 | 22,077.64 | 31.29 | 677.76 |
| SUI:PA | 1,040.82 | 22,575.13 | 0.62 | 13.53 |
| --More-- | | | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| Plymouth | 1,018.77 | 22,072.03 | 10.19 | 220.72 |
| Plymouth | 1,018.77 | 22,072.03 | 2.00 | 46.00 |
| **Total** | | | **214.74** | **4,599.84** |

### Net Pay

| | Current | YTD |
|---|---|---|
| | 770.41 | 16,737.12 |
| Non Cash Fringe Benefit | 0.42 | 7.11 |
| Bolton, Jessica Marie (4259) | 0.00 | 220.00 |
| Bolton, Jessica (7524) | 20.00 | 40.00 |
| Bolton, Jessica (9282) | 749.99 | 16,470.01 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| 401K | 31.21 | 677.09 [1] |
| FUTA | | 41.99 |
| FICA | 63.19 | 1,308.99 |
| MEDI | 14.78 | 320.15 |
| SUTA:PA | | 192.32 |
| **Total** | **109.18** | **2,540.54** |

### Tax Allowance Settings

Federal: Single/0
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603      1 of 1

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

| Pay Date: | 11/19/2021 |
|---|---|
| Voucher #: | (9213) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 20.00 |
| | 2 | Checking | | 031302955 | 749.99 |
| 1600 Plymout 10119 11/19/2021 (9213) | | | | | 769.99 |

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

Non-Negotiable - This Is Not A Check

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

1600 Plymout 10119 11/19/2021 (9213)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

Personal & Confidential

#10119 - Jessica Marie Bolton  
1600 Plymout  
Voucher #(9007)  
Type:Regular  
Pay Date: 11/05/2021  
Pay Period: 10/17/2021-10/30/2021

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| ARP | | | 7.50 | | 100.73 |
| Activ | | | 2.00 | | 28.80 |
| Float | | | 8.00 | | 107.44 |
| GTL | | | | 0.42 | 6.69 |
| Hol | | | 58.00 | | 794.36 |
| PTO | | | 112.00 | | 1,513.86 |
| Prof | | | | | 543.65 |
| Reg | 14.40 | 74.50 | 1265.00 | 1,072.80 | 17,357.92 |
| Retr | | | | | 0.83 |
| Sick | | | 72.00 | | 966.40 |
| Trav | 14.40 | 1.00 | 1.00 | 14.40 | 14.40 |
| Wea | | | 7.50 | | 100.73 |
| **Gross Pay** | | | | 1,087.62 | 21,535.81 |
| Hours Paid | | 75.50 | 1533.00 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| 401K | 32.62 | 645.88 [1] |
| PreDental | 15.95 | 350.90 [2] |
| PreVision | 5.68 | 124.96 [2] |
| VolLife | 2.08 | 45.76 |
| VolSpLife | 0.75 | 16.50 |
| **Total** | 57.08 | 1,184.00 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,033.37 | 20,414.07 | 98.12 | 1,860.09 |
| FICA | 1,065.99 | 21,059.95 | 66.09 | 1,305.73 |
| MEDI | 1,065.99 | 21,059.95 | 15.46 | 305.37 |
| SIT:PA | 1,065.99 | 21,058.45 | 32.73 | 646.47 |
| SUI:PA | 1,087.62 | 21,534.31 | 0.65 | 12.91 |
| --More-- | | | | |

**Taxes Withheld - Continued**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| Plymouth | 1,065.57 | 21,053.26 | 10.66 | 210.53 |
| Plymouth | 1,065.57 | 21,053.26 | 2.00 | 44.00 |
| **Total** | | | 225.71 | 4,385.10 |

**Net Pay**

| | Current | YTD |
|---|---|---|
| | 804.83 | 15,966.71 |
| Non Cash Fringe Benefit | 0.42 | 6.69 |
| Bolton, Jessica Marie (4259) | 0.00 | 220.00 |
| Bolton, Jessica (7524) | 20.00 | 20.00 |
| Bolton, Jessica (9282) | 784.41 | 15,720.02 |

**Company Paid Benefits**

| | Current | YTD |
|---|---|---|
| 401K | 32.62 | 645.88 [1] |
| FUTA | | 41.99 |
| FICA | 66.09 | 1,245.80 |
| MEDI | 15.46 | 305.37 |
| SUTA:PA | | 192.32 |
| **Total** | 114.17 | 2,431.36 |

**Tax Allowance Settings**

Federal: Single/0  
Pennsylvania: Allowances: 0  
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal & State Withholding Taxable Wage  
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603  
1 of 1

---

**First Keystone Community Bank**  
111 West Front Street  
Berwick, PA 18603

| Pay Date: | 11/05/2021 |
|---|---|
| Voucher #: | (9007) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 20.00 |
| | 2 | Checking | | 031302955 | 784.41 |
| | | | | | 804.41 |

1600 Plymout 10119 11/05/2021 (9007)

**Jessica Marie Bolton**  
135 Railroad Street  
Glen Lyon, PA 18617

**Non-Negotiable - This Is Not A Check**

---

**First Keystone Community Bank**  
111 West Front Street  
Berwick, PA 18603

1600 Plymout 10119 11/05/2021 (9007)

**Jessica Marie Bolton**  
135 Railroad Street  
Glen Lyon, PA 18617

**Personal & Confidential**

#10119 - Jessica Marie Bolton  Voucher #(8612)  Pay Date: 10/22/2021
1600 Plymout  Type:Regular  Pay Period: 10/03/2021-10/16/2021

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| ARP | | | 7.50 | | 100.73 |
| Activ | | | 2.00 | | 28.80 |
| Float | | | 8.00 | | 107.44 |
| GTL | | | | 0.42 | 6.27 |
| Hol | 14.40 | 8.00 | 58.00 | 115.20 | 794.36 |
| PTO | | | 112.00 | | 1,513.86 |
| Prof | | | | | 543.65 |
| Reg | 14.40 | 65.50 | 1190.50 | 943.20 | 16,285.12 |
| Retr | | | | | 0.83 |
| Sick | | | 72.00 | | 966.40 |
| Wea | | | 7.50 | | 100.73 |
| **Gross Pay** | | | | 1,058.82 | 20,448.19 |
| Hours Paid | | 73.50 | 1457.50 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 31.75 | 613.26 [1] |
| PreDental | 15.95 | 334.95 [2] |
| PreVision | 5.68 | 119.28 [2] |
| VolLife | 2.08 | 43.68 |
| VolSpLife | 0.75 | 15.75 |
| **Total** | 56.21 | 1,126.92 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,005.44 | 19,380.70 | 94.77 | 1,761.97 |
| FICA | 1,037.19 | 19,993.96 | 64.31 | 1,239.64 |
| MEDI | 1,037.19 | 19,993.96 | 15.04 | 289.91 |
| SIT:PA | 1,037.19 | 19,992.46 | 31.84 | 613.76 |
| SUI:PA | 1,058.82 | 20,446.69 | 0.64 | 12.26 |
| Plymouth | 1,036.77 | 19,987.69 | 10.37 | 199.87 |
| --More-- | | | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| Plymouth | 1,036.77 | 19,987.69 | 2.00 | 42.00 |
| **Total** | | | 218.97 | 4,159.39 |

| **Net Pay** | | 783.64 | 15,161.88 |
|---|---|---|---|
| Non Cash Fringe Benefit | | 0.42 | 6.27 |
| Bolton, Jessica Marie (4259) | | 10.00 | 220.00 |
| Bolton, Jessica (9282) | | 773.22 | 14,935.61 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| 401K | 31.75 | 613.26 [1] |
| FUTA | | 41.99 |
| FICA | 64.31 | 1,179.71 |
| MEDI | 15.04 | 289.91 |
| SUTA:PA | | 192.32 |
| **Total** | 111.10 | 2,317.19 |

### Tax Allowance Settings

Federal: Single/0
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603   1 of 1

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

| Pay Date: | 10/22/2021 |
|---|---|
| Voucher #: | (8612) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 10.00 |
| | 2 | Checking | | 031302955 | 773.22 |
| | | | | | 783.22 |

1600 Plymout  10119  10/22/2021  (8612)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

Non-Negotiable - This Is Not A Check

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

1600 Plymout  10119  10/22/2021  (8612)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

Personal & Confidential

| #10119 - Jessica Marie Bolton | Voucher #(8408) | Pay Date: 10/08/2021 |
| 1600 Plymout | Type:Regular | Pay Period: 09/19/2021-10/02/2021 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| ARP | | | 7.50 | | 100.73 |
| Activ | | | 2.00 | | 28.80 |
| Float | | | 8.00 | | 107.44 |
| GTL | | | | 0.42 | 5.85 |
| Hol | | | 50.00 | | 679.16 |
| PTO | | | 112.00 | | 1,513.86 |
| Prof | | | | | 543.65 |
| Reg | 14.40 | 53.75 | 1125.00 | 774.00 | 15,341.92 |
| Retr | | | | | 0.83 |
| Sick | | | 72.00 | | 966.40 |
| Wea | | | 7.50 | | 100.73 |
| **Gross Pay** | | | | **774.42** | **19,389.37** |
| Hours Paid | | 53.75 | 1384.00 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 23.22 | 581.51 [1] |
| PreDental | 15.95 | 319.00 [2] |
| PreVision | 5.68 | 113.60 [2] |
| VolLife | 2.08 | 41.60 |
| VolSpLife | 0.75 | 15.00 |
| **Total** | **47.68** | **1,070.71** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 729.57 | 18,375.26 | 61.66 | 1,667.20 |
| FICA | 752.79 | 18,956.77 | 46.67 | 1,175.33 |
| MEDI | 752.79 | 18,956.77 | 10.92 | 274.87 |
| SIT:PA | 752.79 | 18,955.27 | 23.11 | 581.90 |
| SUI:PA | 774.42 | 19,387.87 | 0.46 | 11.62 |
| Plymouth | 752.37 | 18,950.92 | 7.52 | 189.50 |
| --More-- | | | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| Plymouth | 752.37 | 18,950.92 | 2.00 | 40.00 |
| **Total** | | | **152.34** | **3,940.42** |

### Net Pay

| | Current | YTD |
|---|---|---|
| | **574.40** | **14,378.24** |
| Non Cash Fringe Benefit | 0.42 | 5.85 |
| Bolton, Jessica Marie (4259) | 10.00 | 210.00 |
| Bolton, Jessica (9282) | 563.98 | 14,162.39 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| 401K | 23.22 | 581.51 [1] |
| FUTA | | 41.99 |
| FICA | 46.67 | 1,115.40 |
| MEDI | 10.92 | 274.87 |
| SUTA.PA | | 192.32 |
| **Total** | **80.81** | **2,206.09** |

### Tax Allowance Settings

Federal: Single/0
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603    1 of 1

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

| Pay Date: | 10/08/2021 |
| Voucher #: | (8408) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 10.00 |
| 1600 Plymout 10119 10/08/2021 (8408) | 2 | Checking | | 031302955 | 563.98 |
| | | | | | 573.98 |

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Non-Negotiable - This Is Not A Check**

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

1600 Plymout 10119 10/08/2021 (8408)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Personal & Confidential**

| #10119 - Jessica Marie Bolton | | | | Voucher #(8200) | | | Pay Date: 09/24/2021 | |
|---|---|---|---|---|---|---|---|---|
| 1600 Plymout | | | | Type:Regular | | | Pay Period: 09/05/2021-09/18/2021 | |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| ARP | | | 7.50 | | 100.73 |
| Activ | | | 2.00 | | 28.80 |
| Float | | | 8.00 | | 107.44 |
| GTL | | | | 0.42 | 5.43 |
| Hol | 14.40 | 8.00 | 50.00 | 115.20 | 679.16 |
| PTO | | | 112.00 | | 1,513.86 |
| Prof | | | | | 543.65 |
| Reg | 14.40 | 12.00 | 1071.25 | 172.80 | 14,567.92 |
| Retr | | | | | 0.83 |
| Sick | | | 72.00 | | 966.40 |
| Wea | | | 7.50 | | 100.73 |
| **Gross Pay** | | | | 288.42 | 18,614.95 |
| Hours Paid | | 20.00 | 1330.25 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 8.64 | 558.29 [1] |
| PreDental | 15.95 | 303.05 [2] |
| PreVision | 5.68 | 107.92 [2] |
| VolLife | 2.08 | 39.52 |
| VolSpLife | 0.75 | 14.25 |
| **Total** | 33.10 | 1,023.03 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 258.15 | 17,645.69 | 10.62 | 1,605.54 |
| FICA | 266.79 | 18,203.98 | 16.54 | 1,128.66 |
| MEDI | 266.79 | 18,203.98 | 3.87 | 263.95 |
| SIT:PA | 266.79 | 18,202.48 | 8.19 | 558.79 |
| SUI:PA | 288.42 | 18,613.45 | 0.17 | 11.16 |
| Plymouth | 266.37 | 18,198.55 | 2.66 | 181.98 |
| --More-- | | | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| Plymouth | 266.37 | 18,198.55 | 2.00 | 38.00 |
| **Total** | | | 44.05 | 3,788.08 |

| **Net Pay** | | | 211.27 | 13,803.84 |
|---|---|---|---|---|
| Non Cash Fringe Benefit | | | 0.42 | 5.43 |
| Bolton, Jessica Marie (4259) | | | 10.00 | 200.00 |
| Bolton, Jessica (9282) | | | 200.85 | 13,598.41 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| 401K | 8.64 | 558.29 [1] |
| FUTA | | 41.99 |
| FICA | 16.54 | 1,068.73 |
| MEDI | 3.87 | 263.95 |
| SUTA:PA | | 192.28 |
| **Total** | 29.05 | 2,125.24 |

### Tax Allowance Settings

Federal: Single/0
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603    1 of 1

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

| Pay Date: | 09/24/2021 |
|---|---|
| Voucher #: | (8200) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 10.00 |
| | 2 | Checking | | 031302955 | 200.85 |
| 1600 Plymout 10119 09/24/2021 (8200) | | | | | 210.85 |

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Non-Negotiable - This Is Not A Check**

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

1600 Plymout 10119 09/24/2021 (8200)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Personal & Confidential**

| #10119 - Jessica Marie Bolton | Voucher #(7992) | Pay Date: 09/10/2021 |
|---|---|---|
| 1600 Plymout | Type: Regular | Pay Period: 08/22/2021-09/04/2021 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| ARP | | | 7.50 | | 100.73 |
| Activ | | | 2.00 | | 28.80 |
| Float | | | 8.00 | | 107.44 |
| GTL | | | | 0.42 | 5.01 |
| Hol | | | 42.00 | | 563.96 |
| PTO | | | 112.00 | | 1,513.86 |
| Prof | | | | | 543.65 |
| Reg | 14.40 | 39.50 | 1059.25 | 568.80 | 14,395.12 |
| Retr | | | | | 0.83 |
| Sick | | | 72.00 | | 966.40 |
| Wea | | | 7.50 | | 100.73 |
| **Gross Pay** | | | | **569.22** | **18,326.53** |
| Hours Paid | | 39.50 | 1310.25 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 17.06 | 549.65 [1] |
| PreDental | 15.95 | 287.10 [2] |
| PreVision | 5.68 | 102.24 [2] |
| VolLife | 2.08 | 37.44 |
| VolSpLife | 0.75 | 13.50 |
| **Total** | **41.52** | **989.93** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 530.53 | 17,387.54 | 37.86 | 1,594.92 |
| FICA | 547.59 | 17,937.19 | 33.95 | 1,112.12 |
| MEDI | 547.59 | 17,937.19 | 7.94 | 260.08 |
| SIT:PA | 547.59 | 17,935.69 | 16.81 | 550.60 |
| SUI:PA | 569.22 | 18,325.03 | 0.34 | 10.99 |
| Plymouth | 547.17 | 17,932.18 | 5.47 | 179.32 |
| --More-- | | | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| Plymouth | 547.17 | 17,932.18 | 2.00 | 36.00 |
| **Total** | | | **104.37** | **3,744.03** |

| **Net Pay** | | **423.33** | **13,592.57** |
|---|---|---|---|
| Non Cash Fringe Benefit | | 0.42 | 5.01 |
| Bolton, Jessica Marie (4259) | | 10.00 | 190.00 |
| Bolton, Jessica (9282) | | 412.91 | 13,397.56 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| 401K | 17.06 | 549.65 [1] |
| FUTA | | 41.99 |
| FICA | 33.95 | 1,052.19 |
| MEDI | 7.94 | 260.08 |
| SUTA:PA | | 192.28 |
| **Total** | **58.95** | **2,096.19** |

### Tax Allowance Settings

Federal: Single/0
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

| Pay Date: | 09/10/2021 |
|---|---|
| Voucher #: | (7992) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 10.00 |
| | 2 | Checking | | 031302955 | 412.91 |
| | | | | | 422.91 |

1600 Plymout 10119 09/10/2021 (7992)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Non-Negotiable - This Is Not A Check**

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

1600 Plymout 10119 09/10/2021 (7992)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Personal & Confidential**

| #10119 - Jessica Marie Bolton | | | | Voucher #(7789) | | | Pay Date: 08/27/2021 | | |
| 1600 Plymout | | | | Type:Regular | | | Pay Period: 08/08/2021-08/21/2021 | | |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| ARP | | | 7.50 | | 100.73 |
| Activ | 14.40 | 2.00 | 2.00 | 28.80 | 28.80 |
| Float | | | 8.00 | | 107.44 |
| GTL | | | | 0.42 | 4.59 |
| Hol | | | 42.00 | | 563.96 |
| PTO | 14.40 | 10.00 | 112.00 | 144.00 | 1,513.86 |
| Prof | | | | | 543.65 |
| Reg | 14.40 | 61.00 | 1019.75 | 878.40 | 13,826.32 |
| Retr | | | | | 0.83 |
| Sick | | | 72.00 | | 966.40 |
| Wea | | | 7.50 | | 100.73 |
| **Gross Pay** | | | | **1,051.62** | **17,757.31** |
| Hours Paid | | 73.00 | 1270.75 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 31.54 | 532.59 [1] |
| PreDental | 15.95 | 271.15 [2] |
| PreVision | 5.68 | 96.56 [2] |
| VolLife | 2.08 | 35.36 |
| VolSpLife | 0.75 | 12.75 |
| **Total** | **56.00** | **948.41** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 998.45 | 16,857.01 | 93.93 | 1,557.06 |
| FICA | 1,029.99 | 17,389.60 | 63.86 | 1,078.17 |
| MEDI | 1,029.99 | 17,389.60 | 14.93 | 252.14 |
| SIT:PA | 1,029.99 | 17,388.10 | 31.62 | 533.79 |
| SUI:PA | 1,051.62 | 17,755.81 | 0.63 | 10.65 |
| Plymouth | 1,029.57 | 17,385.01 | 10.30 | 173.85 |
| --More-- | | | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| Plymouth | 1,029.57 | 17,385.01 | 2.00 | 34.00 |
| **Total** | | | **217.27** | **3,639.66** |

| Net Pay | | 778.35 | 13,169.24 |
|---|---|---|---|
| Non Cash Fringe Benefit | | 0.42 | 4.59 |
| Bolton, Jessica Marie (4299) | | 10.00 | 180.00 |
| Bolton, Jessica (9282) | | 767.93 | 12,984.65 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| 401K | 31.54 | 532.59 [1] |
| FUTA | | 41.99 |
| FICA | 63.86 | 1,018.74 |
| MEDI | 14.93 | 252.14 |
| SUTA:PA | | 192.28 |
| **Total** | **110.33** | **2,037.24** |

### Tax Allowance Settings

Federal: Single/0  
Pennsylvania: Allowances: 0  
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal & State Withholding Taxable Wage  
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603    1 of 1

---

**First Keystone Community Bank**  
111 West Front Street  
Berwick, PA 18603

| Pay Date: | 08/27/2021 |
|---|---|
| Voucher #: | (7789) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 10.00 |
| | 2 | Checking | | 031302955 | 767.93 |
| 1600 Plymout 10119 08/27/2021 (7789) | | | | | 777.93 |

**Jessica Marie Bolton**  
135 Railroad Street  
Glen Lyon, PA 18617

**Non-Negotiable - This Is Not A Check**

---

**First Keystone Community Bank**  
111 West Front Street  
Berwick, PA 18603

1600 Plymout 10119 08/27/2021 (7789)

**Jessica Marie Bolton**  
135 Railroad Street  
Glen Lyon, PA 18617

**Personal & Confidential**

| #10119 - Jessica Marie Bolton | | | | Voucher #(7579) | | Pay Date: 08/13/2021 | | |
|---|---|---|---|---|---|---|---|---|
| 1600 Plymout | | | | Type: Regular | | Pay Period: 07/25/2021-08/07/2021 | | |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| ARP | | | 7.50 | | 100.73 |
| Float | | | 8.00 | | 107.44 |
| GTL | | | | 0.42 | 4.17 |
| Hol | | | 42.00 | | 563.96 |
| PTO | | | 102.00 | | 1,369.86 |
| Prof | | | | | 543.65 |
| Reg | 14.40 | 74.25 | 958.75 | 1,069.20 | 12,947.92 |
| Retr | | | | | 0.83 |
| Sick | | | 72.00 | | 966.40 |
| Woa | | | 7.50 | | 100.73 |
| **Gross Pay** | | | | 1,069.62 | 16,705.69 |
| Hours Paid | | 74.25 | 1197.75 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 32.08 | 501.05 [1] |
| PreDental | 15.95 | 255.20 [2] |
| PreVision | 5.68 | 90.88 [2] |
| VolLife | 2.08 | 33.28 |
| VolSpLife | 0.75 | 12.00 |
| **Total** | 56.54 | 892.41 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,015.91 | 15,858.56 | 96.02 | 1,463.13 |
| FICA | 1,047.99 | 16,359.61 | 64.98 | 1,014.31 |
| MEDI | 1,047.99 | 16,359.61 | 15.20 | 237.21 |
| SIT:PA | 1,047.99 | 16,358.11 | 32.17 | 502.17 |
| SUI:PA | 1,069.62 | 16,704.19 | 0.64 | 10.02 |
| Plymouth | 1,047.57 | 16,355.44 | 10.48 | 163.55 |
| Plymouth | 1,047.57 | 16,355.44 | 2.00 | 32.00 |
| **Total** | | | 221.49 | 3,422.39 |

### Net Pay

| | | |
|---|---|---|
| **Net Pay** | 791.59 | 12,390.89 |
| Non Cash Fringe Benefit | 0.42 | 4.17 |
| Bolton, Jessica Marie (4259) | 10.00 | 170.00 |
| Bolton, Jessica (9282) | 781.17 | 12,216.72 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| 401K | 32.08 | 501.05 [1] |
| FUTA | | 41.99 |
| FICA | 64.98 | 954.38 |
| MEDI | 15.20 | 237.21 |
| SUTA:PA | | 192.28 |
| **Total** | 112.26 | 1,926.91 |

### Tax Allowance Settings

Federal: Single/0
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603

1 of 1

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

| Pay Date: | 08/13/2021 |
|---|---|
| Voucher #: | (7579) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 10.00 |
| | 2 | Checking | | 031302955 | 781.17 |
| 1600 Plymout 10119 08/13/2021 (7579) | | | | | 791.17 |

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Non-Negotiable - This Is Not A Check**

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

1600 Plymout 10119 08/13/2021 (7579)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Personal & Confidential**

| #10119 - Jessica Marie Bolton | Voucher #(7372) | Pay Date: 07/30/2021 |
|---|---|---|
| 1600 Plymout | Type:Regular | Pay Period: 07/11/2021-07/24/2021 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| ARP | | | 7.50 | | 100.73 |
| Float | | | 8.00 | | 107.44 |
| GTL | | | | 0.25 | 3.75 |
| Hol | | | 42.00 | | 563.96 |
| PTO | | | 102.00 | | 1,369.86 |
| Prof | | | | | 543.65 |
| Reg | 13.43 | 75.50 | 884.50 | 1,013.97 | 11,878.72 |
| Retr | | | | | 0.83 |
| Sick | | | 72.00 | | 966.40 |
| Wea | | | 7.50 | | 100.73 |
| **Gross Pay** | | | | **1,014.22** | **15,636.07** |
| Hours Paid | | 75.50 | 1123.50 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 30.42 | 468.97 [1] |
| PreDental | 15.95 | 239.25 [2] |
| PreVision | 5.68 | 85.20 [2] |
| VolLife | 2.08 | 31.20 |
| VolSpLife | 0.75 | 11.25 |
| **Total** | **54.88** | **835.87** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 962.17 | 14,842.65 | 89.58 | 1,367.11 |
| FICA | 992.59 | 15,311.62 | 61.54 | 949.33 |
| MEDI | 992.59 | 15,311.62 | 14.39 | 222.01 |
| SIT:PA | 992.59 | 15,310.12 | 30.47 | 470.04 |
| SUI:PA | 1,014.22 | 15,634.57 | 0.61 | 9.38 |
| Plymouth | 992.34 | 15,307.87 | 9.92 | 153.07 |
| Plymouth | 992.34 | 15,307.87 | 2.00 | 30.00 |
| **Total** | | | **208.51** | **3,200.90** |

### Net Pay

| | | 750.83 | 11,599.30 |
|---|---|---|---|
| Non Cash Fringe Benefit | | 0.25 | 3.75 |
| Bolton, Jessica Marie (4259) | | 10.00 | 160.00 |
| Bolton, Jessica (9282) | | 740.58 | 11,435.55 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| 401K | 30.42 | 468.97 [1] |
| FUTA | | 41.99 |
| FICA | 61.54 | 889.40 |
| MEDI | 14.39 | 222.01 |
| SUTA:PA | | 192.28 |
| **Total** | **106.35** | **1,814.65** |

### Tax Allowance Settings

Federal: Single/0
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603

1 of 1

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

| Pay Date: | 07/30/2021 |
|---|---|
| Voucher #: | (7372) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 10.00 |
| | 2 | Checking | | 031302955 | 740.58 |
| | | | | | 750.58 |

1600 Plymout 10119 07/30/2021 (7372)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Non-Negotiable - This Is Not A Check**

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

1600 Plymout 10119 07/30/2021 (7372)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Personal & Confidential**

| #10119 - Jessica Marie Bolton | | | | | | Voucher #(6957) | | Pay Date: 07/16/2021 | |
|---|---|---|---|---|---|---|---|---|---|
| 1600 Plymout | | | | | | Type: Regular | | Pay Period: 06/27/2021-07/10/2021 | |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| ARP | | | 7.50 | | 100.73 |
| Float | | | 8.00 | | 107.44 |
| GTL | | | | 0.25 | 3.50 |
| Hol | 13.43 | 8.00 | 42.00 | 107.44 | 563.96 |
| PTO | 13.43 | 16.00 | 102.00 | 214.88 | 1,369.86 |
| Prof | | | | | 543.65 |
| Reg | 13.43 | 51.50 | 809.00 | 691.65 | 10,864.75 |
| Retr | | | | | 0.83 |
| Sick | | | 72.00 | | 966.40 |
| Wea | | | 7.50 | | 100.73 |
| **Gross Pay** | | | | 1,014.22 | 14,621.85 |
| Hours Paid | | 75.50 | 1048.00 | | |

### Net Pay

| | Current | YTD |
|---|---|---|
| **Net Pay** | **750.83** | **10,848.47** |
| Non Cash Fringe Benefit | 0.25 | 3.50 |
| Bolton, Jessica Marie (4259) | 10.00 | 150.00 |
| Bolton, Jessica (9282) | 740.58 | 10,694.97 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| 401K | 30.42 | 438.55 [1] |
| FUTA | | 41.99 |
| FICA | 61.54 | 827.86 |
| MEDI | 14.39 | 207.62 |
| SUTA:PA | | 192.28 |
| **Total** | **106.35** | **1,708.30** |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 30.42 | 438.55 [1] |
| PreDental | 15.95 | 223.30 [2] |
| PreVision | 5.68 | 79.52 [2] |
| VolLife | 2.08 | 29.12 |
| VolSpLife | 0.75 | 10.50 |
| **Total** | **54.88** | **780.99** |

### Tax Allowance Settings

Federal: Single/0
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 962.17 | 13,880.48 | 89.58 | 1,277.53 |
| FICA | 992.59 | 14,319.03 | 61.54 | 887.79 |
| MEDI | 992.59 | 14,319.03 | 14.39 | 207.62 |
| SIT:PA | 992.59 | 14,317.53 | 30.47 | 439.53 |
| SUI:PA | 1,014.22 | 14,620.35 | 0.61 | 8.77 |
| Plymouth | 992.34 | 14,315.53 | 9.92 | 143.15 |
| Plymouth | 992.34 | 14,315.53 | 2.00 | 28.00 |
| **Total** | | | **208.51** | **2,992.39** |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603

1 of 1

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

| Pay Date: | 07/16/2021 |
|---|---|
| Voucher #: | (6957) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 10.00 |
| | 2 | Checking | | 031302955 | 740.58 |
| | | | | | 750.58 |

1600 Plymout 10119 07/16/2021 (6957)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Non-Negotiable - This Is Not A Check**

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

1600 Plymout 10119 07/16/2021 (6957)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Personal & Confidential**

| #10119 - Jessica Marie Bolton | | | | Voucher #(6702) | | Pay Date: 07/02/2021 | | |
| 1600 Plymout | | | | Type: Regular | | Pay Period: 06/13/2021-06/26/2021 | | |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| ARP | | | 7.50 | | 100.73 |
| Float | | | 8.00 | | 107.44 |
| GTL | | | | 0.25 | 3.25 |
| Hol | | | 34.00 | | 456.52 |
| PTO | | | 86.00 | | 1,154.98 |
| Prof | | | | | 543.65 |
| Reg | 13.43 | 76.25 | 757.50 | 1,024.04 | 10,173.10 |
| Retr | | | | | 0.83 |
| Sick | | | 72.00 | | 966.40 |
| Wea | | | 7.50 | | 100.73 |
| **Gross Pay** | | | | **1,024.29** | **13,607.63** |
| Hours Paid | | 76.25 | 972.50 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 30.72 | 408.13 [1] |
| PreDental | 15.95 | 207.35 [2] |
| ProVision | 5.68 | 73.84 [2] |
| VolLife | 2.08 | 27.04 |
| VolSpLife | 0.75 | 9.75 |
| **Total** | **55.18** | **726.11** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 971.94 | 12,918.31 | 90.75 | 1,187.95 |
| FICA | 1,002.66 | 13,326.44 | 62.16 | 826.25 |
| MEDI | 1,002.66 | 13,326.44 | 14.54 | 193.23 |
| SIT:PA | 1,002.66 | 13,324.94 | 30.78 | 409.06 |
| SUI:PA | 1,024.29 | 13,606.13 | 0.61 | 8.16 |
| Plymouth | 1,002.41 | 13,323.19 | 10.02 | 133.23 |
| Plymouth | 1,002.41 | 13,323.19 | 2.00 | 26.00 |
| **Total** | | | **210.86** | **2,783.88** |

### Net Pay

| | | 758.25 | 10,097.64 |
|---|---|---|---|
| Non Cash Fringe Benefit | | 0.25 | 3.25 |
| Bolton, Jessica Marie (4259) | | 10.00 | 140.00 |
| Bolton, Jessica (9282) | | 748.00 | 9,954.39 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| 401K | 30.72 | 408.13 [1] |
| FUTA | | 41.99 |
| FICA | 62.16 | 766.32 |
| MEDI | 14.54 | 193.23 |
| SUTA:PA | | 192.28 |
| **Total** | **107.42** | **1,601.95** |

### Tax Allowance Settings

Federal: Single/0
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603

1 of 1

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

| Pay Date: | 07/02/2021 |
|---|---|
| Voucher #: | (6702) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 10.00 |
| | 2 | Checking | | 031302955 | 748.00 |
| 1600 Plymout 10119 07/02/2021 (6702) | | | | | 758.00 |

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Non-Negotiable - This Is Not A Check**

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

1600 Plymout 10119 07/02/2021 (6702)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Personal & Confidential**

| #10119 - Jessica Marie Bolton | | | | | Voucher #(6483) | | Pay Date: 06/18/2021 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1600 Plymout | | | | | Type:Regular | | Pay Period: 05/30/2021-06/12/2021 | |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
| --- | --- | --- | --- | --- | --- |
| Float | | | 8.00 | | 107.44 |
| GTL | | | | 0.25 | 3.00 |
| Hol | 13.43 | 8.00 | 34.00 | 107.44 | 456.52 |
| PTO | | | 86.00 | | 1,154.98 |
| Prof | | | | | 543.65 |
| Reg | 13.43 | 66.50 | 681.25 | 893.10 | 9,149.06 |
| Retr | | | | | 0.83 |
| Sick | | | 79.50 | | 1,067.13 |
| Wea | | | 7.50 | | 100.73 |
| **Gross Pay** | | | | **1,000.79** | **12,583.34** |
| Hours Paid | | 74.50 | 896.25 | | |

### Deductions

| | Current | YTD |
| --- | --- | --- |
| 401K | 30.02 | 377.41 [1] |
| PreDental | 15.95 | 191.40 [2] |
| PreVision | 5.68 | 68.16 [2] |
| VolLife | 2.08 | 24.96 |
| VolSpLife | 0.75 | 9.00 |
| **Total** | **54.48** | **670.93** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
| --- | --- | --- | --- | --- |
| FIT | 949.14 | 11,946.37 | 88.01 | 1,097.20 |
| FICA | 979.16 | 12,323.78 | 60.71 | 764.09 |
| MEDI | 979.16 | 12,323.78 | 14.20 | 178.69 |
| SIT:PA | 979.16 | 12,322.28 | 30.06 | 378.28 |
| SUI:PA | 1,000.79 | 12,581.84 | 0.60 | 7.55 |
| Plymouth | 978.91 | 12,320.78 | 9.79 | 123.21 |
| Plymouth | 978.91 | 12,320.78 | 2.00 | 24.00 |
| **Total** | | | **205.37** | **2,573.02** |

### Net Pay

| | | 740.94 | 9,339.39 |
| --- | --- | --- | --- |
| Non Cash Fringe Benefit | | 0.25 | 3.00 |
| Bolton, Jessica Marie (4259) | | 10.00 | 130.00 |
| Bolton, Jessica (9282) | | 730.69 | 9,206.39 |

### Company Paid Benefits [3]

| | Current | YTD |
| --- | --- | --- |
| 401K | 30.02 | 377.41 [1] |
| FUTA | | 41.99 |
| FICA | 60.71 | 697.92 |
| MEDI | 14.20 | 178.69 |
| SUTA:PA | | 192.28 |
| **Total** | **104.93** | **1,488.29** |

### Tax Allowance Settings

Federal: Single/0
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603    1 of 1

---

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

| Pay Date: | 06/18/2021 |
| --- | --- |
| Voucher #: | (6483) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
| --- | --- | --- | --- | --- | --- |
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 10.00 |
| | 2 | Checking | | 031302955 | 730.69 |
| 1600 Plymout 10119 06/18/2021 (6483) | | | | | 740.69 |

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Non-Negotiable - This Is Not A Check**

**First Keystone Community Bank**
111 West Front Street
Berwick, PA 18603

1600 Plymout 10119 06/18/2021 (6483)

**Jessica Marie Bolton**
135 Railroad Street
Glen Lyon, PA 18617

**Personal & Confidential**

#10119 - Jessica Marie Bolton  
1600 Plymout  
Voucher #(6274)  
Type:Regular  
Pay Date: 06/04/2021  
Pay Period: 05/16/2021-05/29/2021

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Float | | 8.00 | | | 107.44 |
| GTL | | | | 0.25 | 2.75 |
| Hol | | 26.00 | | | 349.08 |
| PTO | | 86.00 | | | 1,154.98 |
| Prof | | | | | 543.65 |
| Reg | 13.43 | 75.50 | 614.75 | 1,013.97 | 8,255.96 |
| Retr | | | | | 0.83 |
| Sick | | 79.50 | | | 1,067.13 |
| Wea | | 7.50 | | | 100.73 |
| **Gross Pay** | | | | **1,014.22** | **11,582.55** |
| Hours Paid | | 75.50 | 821.75 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| 401K | 30.42 | 347.39 [1] |
| PreDental | 15.95 | 175.45 [2] |
| PreVision | 5.68 | 62.48 [2] |
| VolLife | 2.08 | 22.88 |
| VolSpLife | 0.75 | 8.25 |
| **Total** | **54.88** | **616.45** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 962.17 | 10,997.23 | 89.58 | 1,009.19 |
| FICA | 992.59 | 11,344.62 | 61.54 | 703.38 |
| MEDI | 992.59 | 11,344.62 | 14.39 | 164.49 |
| SIT:PA | 992.59 | 11,343.12 | 30.47 | 348.22 |
| SUI:PA | 1,014.22 | 11,581.05 | 0.61 | 6.95 |
| Plymouth | 992.34 | 11,341.87 | 9.92 | 113.42 |
| Plymouth | 992.34 | 11,341.87 | 2.00 | 22.00 |
| **Total** | | | **208.51** | **2,367.65** |

### Net Pay  750.83  8,598.45

| | Current | YTD |
|---|---|---|
| Non Cash Fringe Benefit | 0.25 | 2.75 |
| Bolton, Jessica Marie (4259) | 10.00 | 120.00 |
| Bolton, Jessica (9282) | 740.58 | 8,475.70 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| 401K | 30.42 | 347.39 [1] |
| FUTA | | 41.99 |
| FICA | 61.54 | 637.21 |
| MEDI | 14.39 | 164.49 |
| SUTA:PA | | 192.28 |
| **Total** | **106.35** | **1,383.36** |

### Tax Allowance Settings

Federal: Single/0  
Pennsylvania: Allowances: 0  
Tax PA SUI only on PA wages: TRUE

[1] Reduces your Federal & State Withholding Taxable Wage  
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[3] For information purposes only. No effect on your net pay.

First Keystone Community Bank 111 West Front Street, Berwick, PA 18603    1 of 1

---

**First Keystone Community Bank**  
111 West Front Street  
Berwick, PA 18603

Pay Date: 06/04/2021  
Voucher #: (6274)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jessica Marie Bolton | 1 | Savings | | 031307125 | 10.00 |
|  | 2 | Checking | | 031302955 | 740.58 |
| | | | | | 750.58 |

1600 Plymout  10119  06/04/2021  (6274)

**Jessica Marie Bolton**  
135 Railroad Street  
Glen Lyon, PA 18617

**Non-Negotiable - This Is Not A Check**

---

**First Keystone Community Bank**  
111 West Front Street  
Berwick, PA 18603

1600 Plymout  10119  06/04/2021  (6274)

**Jessica Marie Bolton**  
135 Railroad Street  
Glen Lyon, PA 18617

**Personal & Confidential**