United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Mark Joseph Weiss  
Jessica Marie Bolton  
    Debtors

Case No. 19-00490-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 15, 2021      Form ID: 309A      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Joseph Weiss, Jessica Marie Bolton, 135 Railroad St, Glen Lyon, PA 18617-1012 |
| aty | + | James Warmbrodt, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Janet M. Spears, Aldridge Pite, LLP, 4375 Jutland Drive, San Diego, CA 92117-3600 |
| tr | + | Robert P. Sheils, Jr (Trustee), Sheils Law Associates, PC, 108 North Abington Road, Clarks Summit, PA 18411-2505 |
| 5158649 | | Bolton Jessica Marie, 135 Railroad St, Glen Lyon, PA 18617-1012 |
| 5158661 | | Ekg Associates, 575 N River St, Wilkes Barre, PA 18702-2634 |
| 5158650 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5183771 | + | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5173986 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, dba Mr. Cooper, P.O. Box 619096, Dalla, TX 75261-9741 |
| 5158664 | | Nanticoke Community Ambulance, 901 S Hanover St, Nanticoke, PA 18634-3107 |
| 5158666 | | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5158667 | | Newport Township EMS, 1002 Center St, Nanticoke, PA 18634-1904 |
| 5158668 | | Radiology Assoc of Wyoming Vly, 575 N River St, Wilkes Barre, PA 18702-2634 |
| 5158648 | | Weiss Mark Joseph, 135 Railroad St, Glen Lyon, PA 18617-1012 |
| 5158676 | | World Class Boxing, 239 Schuyler Ave, Kingston, PA 18704-3336 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: MyLawyer@JPPLaw.com | Dec 15 2021 18:39:00 | Jason Paul Provinzano, Law Offices of Jason P. Provinzano, LLC, 16 W. Northampton Street, Wilkes Barre, PA 18701 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Dec 15 2021 18:39:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| 5169467 | | EDI: BECKLEE.COM | Dec 15 2021 23:43:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5158651 | | EDI: AMEREXPR.COM | Dec 15 2021 23:43:00 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5158652 | | EDI: CAPITALONE.COM | Dec 15 2021 23:43:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 5165617 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 15 2021 18:39:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5158655 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 15 2021 18:39:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 5183446 | | EDI: CAPITALONE.COM | Dec 15 2021 23:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5173906 | + | Email/Text: RASEBN@raslg.com | Dec 15 2021 18:39:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 100, Boca Raton, FL 33487-2853 |
| 5186031 | + EDI: CITICORP.COM | Dec 15 2021 23:43:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5158654 | EDI: CITICORP.COM | Dec 15 2021 23:43:00 | Citicards Cbna, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5158656 | EDI: WFNNB.COM | Dec 15 2021 23:43:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 5158657 | EDI: WFNNB.COM | Dec 15 2021 23:43:00 | Comenitycb/dntfirst, PO Box 182120, Columbus, OH 43218-2120 |
| 5158658 | Email/Text: bdsupport@creditmanagementcompany.com | Dec 15 2021 18:39:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5158659 | Email/PDF: creditonebknotifications@resurgent.com | Dec 15 2021 18:43:27 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5160348 | EDI: DISCOVER.COM | Dec 15 2021 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5158660 | EDI: DISCOVER.COM | Dec 15 2021 23:43:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5158662 | EDI: CITICORP.COM | Dec 15 2021 23:43:00 | Fred Meyer-fox/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5158653 | EDI: JPMORGANCHASE | Dec 15 2021 23:43:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 5183476 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2021 18:43:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5158663 | Email/Text: camanagement@mtb.com | Dec 15 2021 18:39:00 | M & T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203-1420 |
| 5287862 | + EDI: AISMIDFIRST | Dec 15 2021 23:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5287861 | + EDI: AISMIDFIRST | Dec 15 2021 23:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5158665 | Email/Text: Bankruptcies@nragroup.com | Dec 15 2021 18:39:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5181759 | EDI: PRA.COM | Dec 15 2021 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5158954 | + EDI: RECOVERYCORP.COM | Dec 15 2021 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5182528 | EDI: Q3G.COM | Dec 15 2021 23:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5182527 | EDI: Q3G.COM | Dec 15 2021 23:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5158672 | EDI: RMSC.COM | Dec 15 2021 23:43:00 | Syncb/Mattress Warehou, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5158674 | EDI: RMSC.COM | Dec 15 2021 23:43:00 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5158675 | EDI: RMSC.COM | Dec 15 2021 23:43:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5158669 | EDI: RMSC.COM | Dec 15 2021 23:43:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5158670 | EDI: RMSC.COM | | |

| | | Dec 15 2021 23:43:00 | Syncb/litt, PO Box 965036, Orlando, FL 32896-5036 |
|---|---|---|---|
| 5158671 | EDI: RMSC.COM | | |
| | | Dec 15 2021 23:43:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5158673 | EDI: RMSC.COM | | |
| | | Dec 15 2021 23:43:00 | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Jessica Marie Bolton MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Mark Joseph Weiss MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Robert P. Sheils, Jr (Trustee) | rsheils@sheilslaw.com PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com;sheils@remote7solutions.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

|  | Information to identify the case: | | | |
|---|---|---|---|---|
| Debtor 1: | Mark Joseph Weiss | Social Security number or ITIN: | xxx–xx–1051 | |
| | First Name   Middle Name   Last Name | EIN: | _ _ – _ _ _ _ _ _ _ | |
| Debtor 2: | Jessica Marie Bolton | Social Security number or ITIN: | xxx–xx–4055 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN: | _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13 | 2/4/19 |
| Case number: | 5:19-bk-00490-MJC | Date case converted to chapter: | 7 | 12/15/21 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/01/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  pacer.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark Joseph Weiss | Jessica Marie Bolton |
| 2. | **All other names used in the last 8 years** | aka Mark J. Weiss, aka Mark Weiss | aka Jessica Bolton, aka Jessica M. Bolton |
| 3. | **Address** | 135 Railroad St<br>Glen Lyon, PA 18617–1012 | 135 Railroad St<br>Glen Lyon, PA 18617–1012 |
| 4. | **Debtor's attorney**<br>Name and address | Jason Paul Provinzano<br>Law Offices of Jason P. Provinzano, LLC<br>16 W. Northampton Street<br>Wilkes Barre, PA 18701 | Contact phone (570) 822–5771<br><br>Email:  MyLawyer@JPPLaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert P. Sheils, Jr (Trustee)<br>Sheils Law Associates, PC<br>108 North Abington Road<br>Clarks Summit, PA 18411 | Contact phone 570 587–2600<br><br>Email:  rsheils@sheilslaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E-Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn-form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E-Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes-Barre, PA 18701 | Hours open:  Monday – Friday 9:00 AM to 4:00 PM  Contact phone (570) 831-2500  Date: 12/15/21 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 21, 2022 at 08:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *Valid photo identification and proof of social security number are required* | Location:  **341 meeting will be held telephonically, refer to the call-in instructions.** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 3/22/22 |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**    page **2**

Case 5:19-bk-00490-MJC    Doc 35    Filed 12/17/21    Entered 12/18/21 00:21:08    Desc
Imaged Certificate of Notice    Page 5 of 5