United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                             Case No. 19-00490-MJC

Mark Joseph Weiss                              Chapter 7

Jessica Marie Bolton

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                             Page 1 of 1

Date Rcvd: Dec 15, 2021                      Form ID: pdf010                         Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Mark Joseph Weiss, Jessica Marie Bolton, 135 Railroad St, Glen Lyon, PA 18617-1012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2021                              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Jessica Marie Bolton MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Mark Joseph Weiss MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: : Chapter 13
:
Mark Joseph Weiss :
Jessica Marie Bolton : Case No. 5:19-bk-00490-MJC
:
Debtors :

ORDER

Upon consideration of the Debtors' Motion to Convert from Chapter 13 to Chapter 7, **IT IS HEREBY ORDERED** that the above captioned case be and is hereby converted to Chapter 7 of the United States Bankruptcy Code.

Dated: December 15, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)