United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-00490-MJC
Mark Joseph Weiss  Chapter 7
Jessica Marie Bolton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 3
Date Rcvd: Dec 15, 2021  Form ID: tele341  Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Joseph Weiss, Jessica Marie Bolton, 135 Railroad St, Glen Lyon, PA 18617-1012 |
| 5169467 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5158651 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5158649 | | Bolton Jessica Marie, 135 Railroad St, Glen Lyon, PA 18617-1012 |
| 5158661 | | Ekg Associates, 575 N River St, Wilkes Barre, PA 18702-2634 |
| 5158650 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5183771 | + | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5287861 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5287862 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank Bankruptcy Department 73118-6051 |
| 5173986 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, dba Mr. Cooper, P.O. Box 619096, Dalla, TX 75261-9741 |
| 5158664 | | Nanticoke Community Ambulance, 901 S Hanover St, Nanticoke, PA 18634-3107 |
| 5158666 | | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5158667 | | Newport Township EMS, 1002 Center St, Nanticoke, PA 18634-1904 |
| 5158668 | | Radiology Assoc of Wyoming Vly, 575 N River St, Wilkes Barre, PA 18702-2634 |
| 5158648 | | Weiss Mark Joseph, 135 Railroad St, Glen Lyon, PA 18617-1012 |
| 5158676 | | World Class Boxing, 239 Schuyler Ave, Kingston, PA 18704-3336 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5158652 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2021 18:43:27 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 5165617 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 15 2021 18:39:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5158655 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 15 2021 18:39:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 5183446 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2021 18:43:27 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5173906 | + | Email/Text: RASEBN@raslg.com | Dec 15 2021 18:39:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5186031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2021 18:43:27 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5158654 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2021 18:43:23 | Citicards Cbna, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5158656 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 15 2021 18:39:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5158657 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 15 2021 18:39:00 | | Comenitycb/dntfirst, PO Box 182120, Columbus, OH 43218-2120 |
| 5158658 | | Email/Text: bdsupport@creditmanagementcompany.com Dec 15 2021 18:39:00 | | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5158659 | | Email/PDF: creditonebknotifications@resurgent.com Dec 15 2021 18:43:23 | | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5160348 | | Email/Text: mrdiscen@discover.com Dec 15 2021 18:39:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5158660 | | Email/Text: mrdiscen@discover.com Dec 15 2021 18:39:00 | | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5158662 | | Email/PDF: Citi.BNC.Correspondence@citi.com Dec 15 2021 18:43:23 | | Fred Meyer-fox/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5158653 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 15 2021 18:43:27 | | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 5183476 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 15 2021 18:43:25 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5158663 | | Email/Text: camanagement@mtb.com Dec 15 2021 18:39:00 | | M & T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203-1420 |
| 5158665 | | Email/Text: Bankruptcies@nragroup.com Dec 15 2021 18:39:00 | | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5181759 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2021 18:43:27 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5158954 | + | Email/PDF: rmscedi@recoverycorp.com Dec 15 2021 18:43:27 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5182528 | | Email/Text: bnc-quantum@quantum3group.com Dec 15 2021 18:39:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5182527 | | Email/Text: bnc-quantum@quantum3group.com Dec 15 2021 18:39:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5158672 | | Email/PDF: gecsedi@recoverycorp.com Dec 15 2021 18:43:27 | | Syncb/Mattress Warehou, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5158674 | | Email/PDF: gecsedi@recoverycorp.com Dec 15 2021 18:43:23 | | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5158675 | | Email/PDF: gecsedi@recoverycorp.com Dec 15 2021 18:43:23 | | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5158669 | | Email/PDF: gecsedi@recoverycorp.com Dec 15 2021 18:43:23 | | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5158670 | | Email/PDF: gecsedi@recoverycorp.com Dec 15 2021 18:43:23 | | Syncb/litt, PO Box 965036, Orlando, FL 32896-5036 |
| 5158671 | | Email/PDF: gecsedi@recoverycorp.com Dec 15 2021 18:43:23 | | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5158673 | | Email/PDF: gecsedi@recoverycorp.com Dec 15 2021 18:43:23 | | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2021       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Jessica Marie Bolton MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Mark Joseph Weiss MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Robert P. Sheils, Jr (Trustee) | rsheils@sheilslaw.com PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com;sheils@remote7solutions.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(07/21)