Certificate Number: 17572-PAM-DE-036271173

Bankruptcy Case Number: 19-00490


17572-PAM-DE-036271173

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 18, 2022, at 2:54 o'clock PM PST, Mark J Weiss completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 18, 2022

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor