United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Mark Joseph Weiss  
Jessica Marie Bolton  
    Debtors

Case No. 19-00490-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 3  
Date Rcvd: Mar 28, 2022      Form ID: 318      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Mark Joseph Weiss, Jessica Marie Bolton, 135 Railroad St, Glen Lyon, PA 18617-1012 |
| 5158649 | Bolton Jessica Marie, 135 Railroad St, Glen Lyon, PA 18617-1012 |
| 5158661 | Ekg Associates, 575 N River St, Wilkes Barre, PA 18702-2634 |
| 5158650 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5158664 | Nanticoke Community Ambulance, 901 S Hanover St, Nanticoke, PA 18634-3107 |
| 5158667 | Newport Township EMS, 1002 Center St, Nanticoke, PA 18634-1904 |
| 5158668 | Radiology Assoc of Wyoming Vly, 575 N River St, Wilkes Barre, PA 18702-2634 |
| 5158648 | Weiss Mark Joseph, 135 Railroad St, Glen Lyon, PA 18617-1012 |
| 5158676 | World Class Boxing, 239 Schuyler Ave, Kingston, PA 18704-3336 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5169467 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2022 18:42:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5158651 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2022 18:42:03 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5158652 | | EDI: CAPITALONE.COM | Mar 28 2022 22:38:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 5165617 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2022 18:36:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5158655 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2022 18:36:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 5183446 | | EDI: CAPITALONE.COM | Mar 28 2022 22:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5173906 | + | Email/Text: RASEBN@raslg.com | Mar 28 2022 18:36:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5186031 | + | EDI: CITICORP.COM | Mar 28 2022 22:38:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5158654 | | EDI: CITICORP.COM | Mar 28 2022 22:38:00 | Citicards Cbna, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5158656 | | EDI: WFNNB.COM | Mar 28 2022 22:38:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 5158657 | | EDI: WFNNB.COM | Mar 28 2022 22:38:00 | Comenitycb/dntfirst, PO Box 182120, Columbus, OH 43218-2120 |
| 5158658 | | Email/Text: bdsupport@creditmanagementcompany.com | Mar 28 2022 18:36:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5158659 | | Email/PDF: creditonebknotifications@resurgent.com | | |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 28 2022 18:41:47 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5160348 | | EDI: DISCOVER.COM | Mar 28 2022 22:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5158660 | | EDI: DISCOVER.COM | Mar 28 2022 22:38:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5158662 | | EDI: CITICORP.COM | Mar 28 2022 22:38:00 | Fred Meyer-fox/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5158653 | | EDI: JPMORGANCHASE | Mar 28 2022 22:38:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 5183476 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2022 18:41:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5158663 | | Email/Text: camanagement@mtb.com | Mar 28 2022 18:36:00 | M & T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203-1420 |
| 5183771 | + | Email/Text: camanagement@mtb.com | Mar 28 2022 18:36:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5287862 | + | EDI: AISMIDFIRST | Mar 28 2022 22:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5287861 | + | EDI: AISMIDFIRST | Mar 28 2022 22:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5173986 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2022 18:36:00 | Nationstar Mortgage LLC, dba Mr. Cooper, P.O. Box 619096, Dalla, TX 75261-9741 |
| 5158665 | | Email/Text: Bankruptcies@nragroup.com | Mar 28 2022 18:36:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5158666 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2022 18:36:00 | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5181759 | | EDI: PRA.COM | Mar 28 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5158954 | + | EDI: RECOVERYCORP.COM | Mar 28 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5182528 | | EDI: Q3G.COM | Mar 28 2022 22:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5182527 | | EDI: Q3G.COM | Mar 28 2022 22:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5158672 | | EDI: RMSC.COM | Mar 28 2022 22:38:00 | Syncb/Mattress Warehou, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5158674 | | EDI: RMSC.COM | Mar 28 2022 22:38:00 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5158675 | | EDI: RMSC.COM | Mar 28 2022 22:38:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5158669 | | EDI: RMSC.COM | Mar 28 2022 22:38:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5158670 | | EDI: RMSC.COM | Mar 28 2022 22:38:00 | Syncb/litt, PO Box 965036, Orlando, FL 32896-5036 |
| 5158671 | | EDI: RMSC.COM | Mar 28 2022 22:38:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5158673 | | EDI: RMSC.COM | Mar 28 2022 22:38:00 | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Jessica Marie Bolton MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Mark Joseph Weiss MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Robert P. Sheils, Jr (Trustee) | rsheils@sheilslaw.com PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com;sheils@remote7solutions.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mark Joseph Weiss<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1051<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jessica Marie Bolton<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4055<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–00490–MJC | |

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark Joseph Weiss
aka Mark J. Weiss, aka Mark Weiss

Jessica Marie Bolton
aka Jessica Bolton, aka Jessica M. Bolton

**By the court:**

3/28/22

_[signature]_

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2